### 3464.   RICKS *v.* BRIESNICK.

RUSSELL, J. The verdict rendered not being demanded by the evidence, the discretion of the trial court upon the first grant of a new trial will not be controlled.

*Judgment affirmed. Pottle, J., not presiding.*
DECIDED JANUARY 30, 1912.

Action for money had and received; from city court of Brunswick—Judge Krauss. February 24, 1911.

*J. D. Sparks, J. T. Powell,* for plaintiff in error.
*Harry F. Dunwody,* contra.